## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| Merlin Enterprises, LLC, | : | |
| | : | Case No. 2:20-cv-00213 |
| Plaintiff, | : | Judge Thomas E. Johnston |
| v. | : | |
| Liberty Mutual Group d/b/a Liberty Mutual Insurance Company, | : | |
| | : | |
| Defendant. | : | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come Merlin Enterprises, LLC and Ohio Security Insurance Company, improperly named as Liberty Mutual Group d/b/a Liberty Mutual Insurance Company, by and through counsel, and advise the Court that all claims in this action have been resolved, such that this action is therefore dismissed <u>with prejudice</u> pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Todd Wiseman by WMH per email auth.*
Todd Wiseman (W.Va. Bar No. 6811)
Wiseman Law Firm, PLLC
1510 Grand Central Avenue
Vienna, WV 26105
304-428-3006
todd@wisemanlawfirm.com
*Attorney for Plaintiff*

*/s/ William M. Harter*
William M. Harter (W. Va. Bar No. 7977)
Frost Brown Todd LLC
10 West Broad Street, Suite 2300
Columbus, OH 43215
614-464-1211 / 614-464-1737 (Fax)
wharter@fbtlaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Merlin Enterprises, LLC, | : |
| | :    Case No. 2:20-cv-00213 |
| Plaintiff, | |
| | :    Judge Thomas E. Johnston |
| v. | |
| | : |
| Liberty Mutual Group d/b/a Liberty Mutual Insurance Company, | : |
| | : |

## CERTIFICATE OF SERVICE

On this 21st day of July, 2022, a true and accurate copy of the foregoing was filed with the Court and served via ECF on all counsel of record.

                                      */s/ William M. Harter*
                                      William M. Harter (W. Va. Bar No. 7977)

0000T69.0730418   4864-7247-2362v1