# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

MERLIN ENTERPRISES LLC,

        Plaintiff,

v.                                      CIVIL ACTION NO. 2:20-cv-00213

LIBERTY MUTUAL GROUP,

        Defendant.

## DISMISSAL ORDER

This Court has been advised that the above–styled civil action has been compromised and settled. Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                      ENTER:       July 21, 2022

                                      THOMAS E. JOHNSTON, CHIEF JUDGE